UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 2:21-CR-17-KHJ-MTP-1

STOKES WELLS

ORDER

On October 4, 2024, the Court appointed Jeffrey Hall to represent Defendant Stokes Wells on his [125] Motion to Vacate under 28 U.S.C. § 2255. Order Appointing Counsel [143]. At the Section 2255 motion hearing, the Court ruled that Wells could file an out-of-time appeal. Wells asked the Court to appoint him appellate counsel, and Attorney Hall moved to withdraw because of his other personal and professional obligations. The Court will appoint Wells appellate counsel and allow Attorney Hall to withdraw as he has completed the duties for which the Court appointed him.

IT IS THEREFORE, ORDERED that Wells's *ore tenus* motion to appoint counsel for appeal and Attorney Hall's *ore tenus* motion to withdraw as counsel are GRANTED.

Arman Miri is APPOINTED to represent Wells for purposes of appeal in the above-styled and numbered case, and the appointment will remain in effect until terminated or a substitute attorney is appointed or retained.

SO ORDERED, this 21st day of February, 2025.

*s/ Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE
